UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

JAN 29 2014

ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO.   3:14mj101-LRA

MICHAEL WAYNE SELLERS

## **ORDER APPOINTING COUNSEL**

The Defendant has satisfied the Court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel.

IT IS ORDERED that the Federal Public Defender is appointed to represent the Defendant for all further proceedings and shall remain in effect until terminated or a substitute attorney is appointed or retained.

ORDERED January 29, 2014.

_____
LINDA R. ANDERSON
UNITED STATES MAGISTRATE JUDGE